IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY L. DOUGLAS, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 15-938 |
| | ) |
| v. | ) Judge Cathy Bissoon |
| | ) Magistrate Judge Maureen P. Kelly |
| THE UNIVERSITY OF PITTSBURGH, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 19, 2016, the Magistrate Judge issued a Report (Doc. 27) recommending that the University of Pittsburgh and the University of Pittsburgh Board of Trustee's ("Defendants'") Motion to Dismiss University of Pittsburgh Board of Trustees (Doc. 7) be granted. Service of the Report and Recommendation was made on the parties.

On February 1, 2016, Plaintiff filed objections to the Report and Recommendation. No response to Plaintiff's objections has been filed.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

The Motion to Dismiss the University of Pittsburgh Board of Trustees filed by Defendants (Doc. 7) is **GRANTED**. The Magistrate Judge's Report and Recommendation dated January 19, 2016 (Doc. 27) hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


February 22, 2016                               s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via ECF email notification):

All counsel of record